

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2022

No. 04-22-00038-CV

**IN THE ESTATE** of Emily D. **PRIETO**, Deceased,

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2008-PB7-000086L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellant's brief was due April 18, 2022, and on April 14, 2022, appellant requested a thirty-day extension of time to file his brief. After consideration we **grant** the request and **order** appellant to file his brief **by May 18, 2022**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court